**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.              4:14CR00211-10 DPM

ALLEN BRAGG

### ORDER OF DETENTION PENDING TRIAL

For the reasons stated at the conclusion of the November 18, 2014 Revocation Hearing, the Government's Motion to Revoke Pretrial Release (*doc. 219*) is GRANTED. The Court finds that: (1) there is clear and convincing evidence that Defendant violated multiple conditions of the October 23, 2014 Order Setting Conditions of Release; and (2) Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. § 3148(b)(1)(B) and (2)(B).

Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a United States Court or on request of

an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 18th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE